UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MOUSA SHEIKHALI,

        Petitioner,

           v.                               CAUSE NO. 3:25-CV-961-DRL-SJF

WARDEN,

        Respondent.

## ORDER

Mousa Sheikhali, an immigration detainee, filed an unsigned habeas corpus petition. Instead of a signature, he typed his name. A typed signature of a party who is not represented by an attorney is not a valid signature under the federal and local rules. Federal Rule of Civil Procedure 11(a) provides: "Every pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented." The federal rules state that a typed signature on an electronic filing is valid only when filed "through a person's electronic-filing account." Fed. R. Civ. P. 5(d)(3)(C). *Cf.* N.D. Ind. L.R. 5-4(b)(2) ("An original paper with a rubber-stamped or faxed signature is unsigned for purposes of Fed. R. Civ. P. 11 . . .."). An unrepresented person does not have an electronic-filing account. Therefore, the court will send Mr. Sheikhali a copy of the unsigned petition so that he may return a signed copy.

Additionally, Mr. Sheikhali did not pay the $5 filing fee or seek leave to proceed in forma pauperis. To continue with this case, he must either pay $5 or move for leave to proceed in forma pauperis on the proper form.

For these reasons, the court:

(1) DIRECTS the clerk to send Mousa Sheikhali a copy of his unsigned petition (ECF 1) so that he may return a signed copy:

(2) DIRECTS the clerk to write this cause number on a blank **AO 239 (Rev. 1/15) (INND Rev. 8/16)** (Non-Prisoner) Motion to Proceed In Forma Pauperis and send it Mousa Sheikhali;

(3) GRANTS Mousa Sheikhali until **December 27, 2025**, to return a signed petition and resolve his filing fee status; and

(4) CAUTIONS Mousa Sheikhali if he does not respond by the deadline, this case may be dismissed without further notice.

SO ORDERED on November 21, 2025.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge